**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GEORGE KING,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2701-R** |
| | ) | |
| **KELLI DAVIS, Warden,** | ) | |
| | ) | |
| **Respondent.** | ) | |

# REPORT AND RECOMMENDATION

Petitioner George King, a state prisoner proceeding pro se, filed an Application for Leave to Proceed in Forma Pauperis ("Application"), indicating he intends to commence an action for habeas corpus relief. Doc. 1. Petitioner, though, has not filed a petition for writ of habeas corpus, which is required to initiate a habeas action. United States District Judge David L. Russell referred this matter to the undersigned Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1)(B)-(C). For the reasons below, the undersigned recommends that the Court dismiss this action without prejudice due to Petitioner's failure to follow the Court's Order.

## I. Discussion

Upon initial review, the undersigned determined that Petitioner's Application was incomplete and ordered Petitioner either to file an amended application to proceed in forma pauperis or, alternatively, to pay the required $5.00 filing fee. Doc. 4. Additionally, the Court ordered Plaintiff to file an initiating petition for writ of habeas corpus, using the Court's approved form. *Id.* Petitioner was instructed to cure both deficiencies not later

than October 27, 2026. *Id.* The Court also directed the Clerk of Court to send Petitioner the necessary forms to comply with the Order. *Id.*

The docket indicates via ECF Staff Notes that the Clerk of Court mailed the Order and necessary forms to Petitioner at James Crabtree Correctional Center, the address listed on his envelope. *See* LCvR5.4 ("Papers sent by the court will be deemed delivered if sent to the last known address given to the court."); *accord* Fed. R. Civ. P. 5(b)(2)(C)

Petitioner has failed to comply with the Order. Petitioner has also failed to show good cause for his failure to comply or to request an extension of time in which to comply.

A court has the inherent authority to manage its own affairs and may dismiss an action if a litigant "fails to prosecute or to comply with [the rules of civil procedure] or a court order," Fed. R. Civ. P. 41(b). *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (interpreting Rule 41(b) to permit courts to dismiss actions sua sponte). A litigant's failure to comply with court orders leaves a court unable "to achieve the orderly and expeditious disposition of cases." *Id.* And Petitioner's pro se status does not exempt him from "follow[ing] the same rules of procedure that govern other litigants." *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (citation modified).

Petitioner's failure to comply with the Court's Order, combined with the Court's inherent power to manage judicial resources, warrants dismissal of this action without prejudice. *See U.S. ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853, 855 (10th Cir. 2005) ("Dismissal is an appropriate disposition against a party who disregards court orders and fails to proceed as required by court rules." (citation modified)); *see also* Doc. 4 at 1

(warning Petitioner that failure to comply with the Court's Order "may result in dismissal of this action").

## II. Recommendation and Notice of Right to Object

For the foregoing reasons, the undersigned recommends that the Court **DISMISS** this action without prejudice. Petitioner is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636. Any objection must be filed with the Clerk of Court not later than **December 7, 2026**. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). Failure to object timely waives the right to appellate review of the factual and legal issues addressed in this Report and Recommendation. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 16th day of November, 2026.

Chris M. Stephens

CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE